**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Serina Matos

                              Plaintiff,

v.                                                      Case No.: 1:17−cv−06302
                                                             Honorable John J. Tharp Jr.

National Credit Adjusters, L.L.C.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 4, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Defendant is in default. Plaintiff may proceed with a motion for default judgment. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.