## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Serina Matos

                                    Plaintiff,

v.                                                                    Case No.: 1:17−cv−06302
                                                                        Honorable John J. Tharp Jr.

National Credit Adjusters, L.L.C.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 25, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon review of Plaintiff's Notice of Settlement [19], the status hearing set for 10/25/17 is reset to 12/7/17 at 9:00 a.m. If a stipulation of dismissal is filed before that date, the status will be stricken. The case is otherwise stayed pending further order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.